UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE RHODES, IV #2124888**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-1530** |
| **MARLIN GUSMAN, et al.**<br>    **Defendants** | **Section "E"** |

## ORDER AND REASONS

The Court has pending before it a motion for summary judgment filed by Defendants Paige and Davis.[1] The motion for summary judgment was noticed for submission on May 7, 2014. Plaintiff Willie Rhodes filed no opposition to the motion. The Court has reviewed the unopposed motion for summary judgment and, for the same reasons articulated in the Order and Reasons granting summary judgment in favor of other Defendants,[2] concludes that summary judgment is warranted in favor of Defendants Paige and Davis as well.

**IT IS ORDERED** that Defendants' motion for summary judgment is **GRANTED** and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of May, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 78.

[2] R. Doc. 76.